Chicago Title and Trust Company, Trustee, and Donald Munroe, Plaintiffs, v. Andrew D. Armstrong et al., Defendants.

Thomas Hicks, Sr., Appellant, v. Donald Munroe, Appellee.

Gen. No. 41,029.

opinion filed March 11, 1941. William Gillespie, for appellant; Irving S. Berman, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."